**EXHIBIT 1:** VIDEO

