**EXHIBIT 2:** INFRINGEMENT
URL: https://www.thegatewaypundit.com/2022/11/anti-vax-protesters-lead-new-york-city-halloween-parade-chanting-fk-joe-biden-video/

